CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
NOV - 2 2006
JOHN F. CORCORAN, CLERK
BY: /s/ M. Heep
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANDREW P. WINDSOR, | ) | |
|    Petitioner, | ) | Civil Action No. 7:06cv00592 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| B. A. BLEDSOE, et al., | ) | By: Hon. Jackson L. Kiser |
|    Respondents. | ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the above-captioned suit is **DISMISSED** without prejudice, all other pending motions are hereby **DENIED as MOOT**, and this action is stricken from the active docket of the court.

Windsor is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 60 days of the date of entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel for the respondent.

ENTER: This 2nd day of November, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge